IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD H. FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cv-545-RAH-JTA |
| | ) | (WO) |
| AUTHOR SUCCESS PUBLISHING, | ) | |
| MARK ANDERSON, MICHAELA | ) | |
| STONE, EMILY ROSE, ECHO | ) | |
| GLOBAL LLC, and KHURRAM Y. | ) | |
| KHAN, individually and as organizer of | ) | |
| Echo Global LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION AND ORDER**

Before the court is *pro se* Plaintiff Ronald H. Foster's Supplemental Motion for Alternative Service of Process on Author Success Publishing. (Doc. No. 58.) Having unsuccessfully attempted service on Defendant Author Success Publishing by certified mail and a process server, Plaintiff seeks leave to perfect service by alternative means. For the reasons stated below, Plaintiff's motion will be granted to the extent provided in this order.

### I.    DISCUSSION

Plaintiff has demonstrated he timely and diligently attempted to perfect service, and the court finds he is therefore entitled to one opportunity to serve Defendant Author Success Publishing by alternative means. Rule 4(c)(3) of the Federal Rules of Civil Procedure provides that, "[a]t the plaintiff's request, the court may order that service be

made by a United States marshal or deputy marshal or by a person specially appointed by the court." Fed. R. Civ. P. 4(c)(3). Service by United States marshal or deputy marshal is a more reliable and verifiable method of service than Plaintiff's suggested alternative method of service. Though Plaintiff did not expressly request service by a United States marshal, he does seek service by alternative means. Because he is *pro se*, the court liberally construes Plaintiff's motion as containing a request for service by any appropriate alternative means, including by a United States marshal or deputy marshal. Fed. R. Civ. P. 4(c)(3).  Further, the court will exercise its discretion pursuant to Rule 4(c)(3) and order service by a United States marshal or deputy marshal.

## II.    CONCLUSION

Accordingly, it is ORDERED that Plaintiff's Supplemental Motion for Alternative Service of Process on Author Success Publishing (Doc. No. 58) is GRANTED to the extent that a United States marshal or a deputy marshal shall serve the summons and complaint on Defendant Author Success Publishing.

Plaintiff shall timely provide the necessary service material to the United States Marshal for the Middle District of Alabama. Plaintiff shall provide the United States Marshal for the Middle District of Alabama with the correct address for service on Defendant Author Success Publishing.

DONE this 29th day of October, 2025.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

2