## Exhibit A – Personal Statement (Draft Letter)

Plantiff attempted service on author success via certified mail on the new york address listed on their website several times unsuccessfully and informed author success as a ruse to perfect service of summons that the mail they were refusing contained a certified check. After many phone calls and emails trying to clarify author success as a corporate entity to send a check to defendants provided echo global and Khurram khan address and registered agent status certification as to be the beneficiary for author success in the sum of $18,199 that plaintiff alleges were for what they claimed he owed for compliance fees and pursuant to fictitious court orders. Facts already submitted in this case show emails by author success attesting to khans alleged ownership of author success and designating him as the cashier for the transaction Plaintiff alleges Defendants fraudulently represented they would release $300,000.00 in publishing royalties they wee holding for him pursuant to a contract to publish books he authored, defendants adamantly requested echo global be specifically be named as beneficiary in many calls and some subsequent emails but plaintiff stated the fictious bank check made out to author success was already issued and couldn't be changed andi he would send it to Khurram kahn as registered agent for echo global as instructed by author success as their cashier and receiving account transactor. Author success said plaintiff must notify them of the tracking number of the certified mail n that it could be noted and expected and plaintiff did so. Plaintiff did not send the fictious check echo global and author success expected but instead sent a summons which was signed for and addressed specifically to author success. Micaela stone a representee of author success immediately contacted plaintiff inquiring why instead of receiving the expected check they received a summons thus putting them on notice of a pending lawsuit. Author success legal department subsequently reached out attempting settlement with various representatives fully aware of the lawsuit offering what plaintiff alleges were devious and fraudulent schemes to both settle and further defraud plaintiff, Mr. foster filed motions with the court which were denied to stop thget e barrage of harassing calls and getting communications occurring daily from defendants and his attempts to recontact the Alabama attorney general, federal trade commission, the fbi and his bank proved fruitless after he hadt already filed with before this law suit to stop what he alleges is a ongoing criminal enterprise with global and national criminal actors targeting publishers and book authors the only reason plaintiff kept some communication open was to try to help provide mor evidence for legal investigators tp shut down these nefarious operators plaquing the industry. No agency was available to take further evidence and plaintiff was forced to just submit the myriad bank accounts and entities that might contain funds to recompence mr foster before the defendants drained them of funds after what he alleges are bad actors becoming aware of this law suit. Indeed, mr foster has avery similar law suit in this same district court against prime publishing labs a totally different entity involved in the same sort of scam on the plaintiff offered help and testimony against author success if plaintiff would give them beneficial treatment in their fraudulent publishing and marketing case. This was s submitted to the court on that case based on hopes legal authorities would per sue or consider that this type pe fraud appears to be systemic and ongoing in the industry

and nor just a one off pitfall I encountered. They appear to be professionals at avoiding summons as i try to understand the technicality of pleasing the court on good delivery and how to accomplish on both cases. Regarding author success and courts offer and directive of using a federal marshal, I suggest both the new York and Philadelphia address. I doubt either will be successful because they simply will not answer the door because they are aware I am trying to serve summons and khan is denying any affiliation with them now. Indeed, I tried to get the court to review evidence submitted previously tp possiblly sanction ehco global and khurman khan for their fraudulent reply to the summons under rule 11 and instead I find myself facing the same sanction clarifying a misquote. I reiterate my heartfelt apology for having done that and tried to clarify it as well as requested a attorney referral so my evident lack of understanding of court rules or being able to properly talk to the court wouldn't be to my detriment. This was no light decision for me because I am not a man of means. I am a senior aged 67 on Medicare and Medicaid dependent on only $545 a month social security and a very modest additional dwindling income from book royalties, I would of asked the court to appoint me a attorney but since I had over $1,000 in the bank I thought I wouldn't be considered indigent enough to qualify for a waiver of fees or appointment of counsel. You see your honor nobody seems to read anymore and instead use their free time playing video games and watching Netflix or whatever and the little bit of money I have saved must sustain and augment my expenses. I would nor of been able to participate as a investor for this scan I am trying to to try recoup my money on if hadn't received a small inheritance and its loss is monumental to me. Its no small feat fpr me to try to prosecute this case because in addition to my lack of court acumen I have a heart condition to watch and the strain is really getting to me trying to frame in legal terms how badly I have been defrauded. I live alone in troy al and my day starts with watching the pacer monitor, studying law, trying to put motions together, drive to Montgomery and lose a day filing in court and coming home only to it seems start up and do it all again pointing out the blatant fraud I have endured and can't seem to get any one to address. although I am a book author, I cant type, never learned, o hunt peck one finger at a time fast as I can go and am now also hampered by a lot of letters on my laptop being worn off. If you read any of my book reviews a recurring theme comes up, great story but needs a editor. I never could afford one but sold well for a time, auto correct is my nemesis as well as myself and o tried to use a modern editing program to articulate my thoughts and polish my writing and formatting for court submissions. My bad, i misquoted, I understood the legal basis of my premise but did not properly review my use of a improper use of quotation marks. I feel this as well as the great hardship it would cause me is mitigating factors to hopefully justify not sanctioning me under rule 11. it was a innocent mistake on my part, it has taken me hours just to put my thoughts on paper here asa beginning in a letter format which I must now format and research the legal citations etc for non stop for many more hours this weekend to load up and go to montgpmery to submit next Monday. Perhaps I will subnit this unprofessional missive next Monday as evidence to what I go through before trying to correct my grammar rtc to give you something worthy of being called a legal brief and what it takes for me to articulate the thoughts on this letter. Perhaps I won't, I have to research that also, but perhaps seeing my thought process and the end results might show

you how the inadvertant mistake occurred and the great lengths I go to in trying to convey my thoughts and feelings to the court. I thank you for your time and considerartion.