IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD H. FOSTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:25-cv-00545-BL |
| | ) |
| AUTHOR SUCCESS PUBLISHING, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

Before the court is the Recommendation of the United States Magistrate Judge (Doc. 67), to which no timely objections have been filed. The court agrees with the Magistrate Judge that Defendant Khan's filing (Doc. 62) contains "a motion to dismiss the claims against Defendant Echo Global, LLC," which is due to be denied because it is improperly filed on behalf of Defendant Echo Global, LLC by Defendant Khan, who is not an attorney.[1] (Doc. 67 at 2). Based upon an independent

---

[1] The court could interpret Defendant Khan's filing as a request to dismiss all claims against Defendant Khan, as well as all claims against Echo Global, LLC. However, because Mr. Khan has already filed an answer (Doc. 43) and does not provide or cite to evidentiary support for his assertion that he "ha[s] nothing to do with 'Author Success Publishing'" (Doc. 62), the court cannot construe Mr. Kahn's motion as one under Fed. R. Civ. P. 12(b), 12(c), or 56(e), even when construing the filing liberally. *See United States v. Ogiekpolor*, 122 F.4th 1296, 1304 (11th Cir. 2024) ("We liberally construe pro se filings. . . . 'Pro se litigants, however, are required to conform to procedural rules.'").

2

review of the file in this action, the court **ADOPTS** the Magistrate Judge's Recommendation and **DENIES** the Defendant's motion to dismiss (Doc. 62).

**DONE** and **ORDERED** on this the 9th day of January, 2026.

_____
BILL LEWIS
UNITED STATES DISTRICT JUDGE