IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RONALD H. FOSTER, Plaintiff,
v.
AUTHOR SUCCESS PUBLISHING, et al., Defendants.
Case No. 2:25-cv-00545-BL-JTA

# PLAINTIFF'S MOTION REQUESTING RULING ON PENDING MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Ronald H. Foster, proceeding pro se, respectfully moves the Court to issue a ruling on Plaintiff's pending Motion for Partial Summary Judgment currently before the Court.

Plaintiff filed the Motion for Partial Summary Judgment supported by documentary evidence, admissions, payment records, and communications demonstrating the withholding of Plaintiff's funds and material misrepresentations related to the publishing agreements at issue.

To date, Defendants have failed to produce competent evidence rebutting the documentary record submitted by Plaintiff.

The issues presented in the Motion for Partial Summary Judgment concern liability and are capable of resolution without the need for additional discovery.

Resolution of the pending motion will materially advance the progress of this case and clarify the issues remaining for trial or further proceedings.

Plaintiff respectfully requests that the Court consider and rule upon the pending Motion for Partial Summary Judgment at the Court's earliest convenience.

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Consider and rule upon Plaintiff's pending Motion for Partial Summary Judgment;

2. Enter appropriate findings regarding liability based upon the documentary record before the Court;

3. Grant such other relief as the Court deems just and proper.

Respectfully submitted,
/s/ Ronald H. Foster
RONALD H. FOSTER
Plaintiff Pro Se
398 County Road 1114
Troy, Alabama 36079
Telephone: 334-676-9455

CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion was served by U.S. Mail upon:
Khurram Y. Khan
4165 Farmdale Road
Philadelphia, PA 19154
and any additional addresses appearing in the Court record.
Date: March 10, 2026
/s/ Ronald H. Foster

*Ronald H. Foster* (signature)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Ronald H. Foster__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __Email__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __10__ day of __March__ 20__, to:

__Prime Publishing Labs__
__200 Vessey St. 24th Floor__
__New York NY 10281__

__March 10, 2026__
Date

Signature: _Ronald H. Foster_